# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-03625-SVW-JPR | Date | December 28, 2022 |
|---|---|---|---|
| Title | Gomez &Simone v. United States Small Business Administration, et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    IN CHAMBERS ORDER DISMISSING ACTION

On December 13, 2022, the Court issued an order to show cause why this action should not be dismissed for lack of prosecution.

To date, plaintiff has failed to respond.

The Court orders the case dismissed.

:

Initials of Preparer    PMC